IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 11-cv-02094-PAB-CBS      FTR - Reporter Deck-Courtroom A402
Date: October 21, 2011      Courtroom Deputy: Laura Galera

*Parties:*      *Counsel:*

MARC HARRIS KAPLAN,      Pro Se (by phone)

     Plaintiff,

v.

MICHELLE L. ARCHER,      Skippere S. Spear
KARLA JEAN HANSEN,
KIRK STEWART SAMELSON,
HAROLD BUTTS,
TERRY MAKETA,      Diana May (by phone)
DAN MAY,
JOHN W. HICKENLOOPER,      Skippere S. Spear
WILLIAM TRUJILLO, and
JOHN W. SUTHERS,

     Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: PRELIMINARY RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 10:03 a.m.**
Court calls case. Appearances of counsel.

Plaintiff advises the court he will file an amended complaint.

Discussion regarding the distinction between classes of citizens.

Discusses between the court and Plaintiff regarding the law and how it pertains to this case.

**ORDERED:** Motion for a More Definite Statement by Defendants John Hickenlooper, John Suthers, William Trujillo, Kirk Samelson, Karla Hansen, Harold Butts and Michelle Archer Doc.#[6] is DENIED.

**ORDERED:**   County Defendant's Motion for More Definite Statement Pursuant to Fed.R.Civ.P. 12(e) and 8 Doc.#[8] is DENIED.

**ORDERED:**   Plaintiff shall file his amended complaint on or before **November 10, 2011.**

HEARING CONCLUDED.
**Court in recess:**      **10:22 a.m.**
Total time in court:      00:19

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.