IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02094-PAB-CBS

MARC HARRIS KAPLAN,
        Plaintiff,
v.

MICHELLE L. ARCHER, in her official and individual capacity,
KARLA JEAN HANSEN, in her official and individual capacity,
KIRK STEWART SAMELSON, in his official and individual capacity,
HAROLD BUTTS, in his official and individual capacity,
TERRY MAKETA, in his official and individual capacity,
DAN MAY, in his official and individual capacity,
JOHN W. HICKENLOOPER, in his official and individual capacity,
WILLIAM TRUJILLO, in his official and individual capacity, and
JOHN W. SUTHERS, in his official and individual capacity,
        Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

        This civil action comes before the court on Mr. Kaplan's "Motion to Strike

Defendants' Motion to Dismiss . . ." (Doc. # 30) (filed on January 12, 2012).  Pursuant

to the Order of Reference dated August 12, 2011 (Doc. # 2) and the memorandum

dated January 13, 2012 (Doc. # 31), this matter was referred to the Magistrate Judge.

The court having reviewed the Motion, the entire case file, and the applicable law and

being sufficiently advised in the premises,

        IT IS ORDERED that Mr. Kaplan's "Motion to Strike Defendants' Motion to

Dismiss . . ." (Doc. # 30) (filed on January 12, 2012) is terminated as a Motion and

treated as his response to Defendants' Motions to Dismiss (Docs. # 23 and # 25), that

1

was due on or before January 17, 2012 (*see* Doc. # 27).

DATED at Denver, Colorado, this 13th day of January, 2012.

BY THE COURT:


___s/Craig B. Shaffer_____
United States Magistrate Judge