IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02094-PAB-CBS

MARC HARRIS KAPLAN,

    Plaintiff,

v.

MICHELLE L. ARCHER, et al.,

    Defendants.

---

**ORDER**

---

    This matter is before the Court on the "Notice of Understanding and Intent with Claim of Right From the Office of the Director of the Trust" and the "Notice of Default, Dishonor, and Opportunity to Cure" (the "Notices"). Plaintiff addressed both Notices to me and mailed them directly to my chambers. Plaintiff's complaint contains references to similar notices that he mailed to defendants in this action. *See* Docket No. 1 at 7. Therefore, it appears that these Notices may be related in some manner to this case. I cannot determine, however, what Court action, if any, plaintiff is seeking. If plaintiff is seeking Court action of some kind, he must file a properly-captioned motion to that effect. *See* Fed. R. Civ. P. 7(b)(1) ("A request for a court order must be made by motion."). Therefore, it is

    **ORDERED** that the Clerk of the Court shall docket the "Notice of Understanding and Intent with Claim of Right From the Office of the Director of the Trust" and the "Notice of Default, Dishonor, and Opportunity to Cure" in this action. It is further

**ORDERED** that, to the extent these notices seek Court action, they are denied without prejudice.

DATED January 23, 2012.

                                                      BY THE COURT:

                                                      s/Philip A. Brimmer
                                                      PHILIP A. BRIMMER
                                                      United States District Judge